# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00430-CV

**Lamia Phillips, Appellant**

**v.**

**Gena Gayle Anderson; Ace Discount Glass, Inc. d/b/a Ace Discount Glass and Door; and Chris Cavanaugh, Appellees**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-18-011956, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due no later than December 20, 2024. On each of January 16 and February 13, 2025, this Court sent a notice to appellant informing her that her brief was overdue. In the latter notice, appellant was informed that a failure to file a satisfactory response by February 24, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Prosecution

Filed: February 27, 2025